Van−212 [AP Summons] (Rev. 07/17)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**
Anthony Jacoway and Lisa Jacoway
    **Debtor(s)**

Case No. 19−80658−CRJ7
Chapter 7

AP No. 21−80063−CRJ

Anthony Jacoway
Lisa Jacoway
    **Plaintiff(s)**

vs.

Highlands Medical Center
Holloway Credit Solutions, LLC
    **Defendant(s)**

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU, Highlands Medical Center, ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: May 17, 2021



Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

By: /s/ Tonya C. Walker

# CERTIFICATE OF SERVICE

I, __John C. Larsen__ (name), certify that service of this summons and a copy of the complaint was made __5/21/21__ (date) by:

[x] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    See attached.

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date __5/21/21__    Signature __John C. Larsen__

Print Name:

Business Address: 1733 Winchester Rd, Huntsville, AL 35811

Highlands Medical Center
380 Woods Cove Road
Scottsboro, AL 35768

Holloway Credit Solutions, LLC
For Highlands Medical Center
P.O. Box 230609
Montgomery, AL 36123

The Jackson County Health Care Authority
D/B/A/ Highlands Medical Center
CEO: John D. Anderson
380 Woods Cove Road
Scottsboro, AL 35768

The Jackson County Health Care Authority
D/B/A/ Highlands Medical Center
CCO: Jim Chatman
380 Woods Cove Road
Scottsboro, AL 35768