# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: Anthony Jacoway, Lisa Jacoway, <br><br> Debtors. <br> _____ <br><br> Anthony Jacoway, <br> Lisa Jacoway, <br><br> Plaintiffs, <br><br> v. <br><br> Highlands Medical Center, <br> Holloway Credit Solutions, LLC, <br><br> Defendants. | Case No.: 19-80658-CRJ-7 <br><br> Chapter 7 <br><br><br><br><br><br><br><br><br> Adversary Proceeding No.: 21-80063-CRJ |

## **DEFENDANT HIGHLANDS MEDICAL CENTER'S ANSWER**

COMES NOW the Jackson County Health Care Authority (the "Defendant") and files this Answer to the Complaint of Anthony Jacoway and Lisa Jacoway (collectively, the "Plaintiffs"), as follows:

1. Defendant admits that it is a governmental entity organized and existing under the laws of the State of Alabama. Defendant admits that it regularly and systematically conducts business in the State of Alabama. Defendant lacks information to respond to other allegations in Paragraph 1 of the Complaint.

2. Defendant admits that Plaintiffs amended their schedules on March 4, 2021, to include the following: "Holloway Credit (Highlands Medical Collection) P.O. 27, Huntsville, AL 35804, Unsecured, Non Priority Pre Conversion $1,165.00" ("Holloway Credit").

3. Defendant further admits that Holloway Credit Solutions LLC ("Debt Collector"), with the addresses of 1286 Carmichael Way, Montgomery AL 36106 and P.O. Box 230609

Montgomery, AL 36123, collected debts on its behalf. According to the Alabama Secretary of State's Office, Jeffrey W. Holloway is the sole member and registered agent of Holloway.

Defendant is unfamiliar with the entity listed as Holloway Credit with offices in Huntsville, Alabama, on the Plaintiffs' amended schedules. According to the Alabama Secretary of State's Office and a Transunion skip-tracing report ordered by Defendant, Holloway Credit operated credit lending services in Huntsville, Alabama, under the legal name of Holloway Credit Bureau Companies, LLC, and with sole member Kent L. Holloway.

Based on Defendant's research, P.O. Box 27, Huntsville, AL 35804 appears to currently belong to a different business than the Debt Collector.

Defendant denies that it had actual notice of Plaintiff's bankruptcy conversion. Plaintiffs did not schedule Defendant as a creditor in their case. Further, it appears that the Plaintiffs failed to schedule the Debt Collector either.

4. This paragraph contains no factual averments requiring an affirmative response from Defendant.

5. Defendant admits that this is a Core Preceding under the Bankruptcy Code. All other factual averments are denied.

### Claim – Violation of the Automatic Stay

6. This paragraph contains no factual averments requiring an affirmative response from Defendant.

7. Admitted.

8. Based on the preceding averments, denied. Further, the debt in question in this case arose after the Plaintiffs' original Chapter 13 filing.

9. Based on the preceding averments, denied.

10. This paragraph contains no factual averments requiring an affirmative response from Defendant.

11. Based on the preceding averments, denied.

12. Based on the preceding averments, denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## **AFFIRMATIVE DEFENSES**

1. Defendant pleads failure to state a claim upon which relief may be granted.

2. Defendant pleads estoppel.

3. Defendant pleads unclean hands.

4. Defendant pleads satisfaction and accord.

5. Defendant pleads laches.

6. Defendant pleads recoupment.

7. Defendant pleads lack of notice.

8. Defendant pleads waiver.

9. Defendant pleads discharge.

10. Defendant pleads unjust enrichment.

11. Defendant pleads lack of agency.

12. Defendant pleads fraud, or in the alternative, fraud in the inducement.

13. Defendant pleads Statute of Frauds.

14. Defendant pleads release.

15. Defendant pleads lack of standing to file suit.

16. Defendant reserves the right to amend this Answer at any time for any reason as allowed under Rule 7015 of the Federal Rules of Bankruptcy Procedures.

WHEREFORE, premises considered, Defendant requests that this Honorable Court enter an Order: (i) finding that the Plaintiffs are not entitled to any of the relief sought in this matter; and (ii) granting such further relief as this Court deems just and proper.

Respectfully submitted this the 18th day of June, 2021.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard, IV (SHE 112)
*Attorney for Defendant Highlands Medical Center*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 18th day of June, 2021 served the foregoing document upon John C. Larsen, *Attorney for the Plaintiff* and Holloway Credit Solutions, LLC, *Defendant*, C/O Jeffrey W. Holloway, Registered Agent, P.O. Box 230609, Montgomery, AL 36132 by electronic service through the Court's CM/ECF system and/or the united states postal service, postage prepaid.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV