IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE ANTHONY JACOWAY<br>    LISA JACOWAY,<br>      Debtors<br> v.<br><br>HOLLOWAY CREDIT SOLUTIONS, LLC;<br>et als.<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy Case Number<br>  19-80658-CRJ-7<br><br>Adversary Proceeding No.<br>  21-80063 |

## RESPONSE TO COMPLAINT
## BY
## HOLLOWAY CREDIT SOLUTIONS, LLC

### (Denial)

Defendant Holloway Credit Solutions, L.L.C. (hereinafter "Holloway") shows unto the Court as follows:

### GENERAL RESPONSE/DENIAL

Holloway responds to the allegations of the said Motion in like-numbered paragraphs as follow:

1. Admitted except the allegation that the Debtors did business with Holloway. At all times, Holloway was a collector of a debt owed to Defendant Highlands.

2. Denied.

3. Denied. The debt which Holloway contacted Debtors was a post-petition debt not included in the CH 13 proceedings.

4. Holloway denies any willful violation of the automatic stay.

5. Holloway neither admits nor denies the alleged statements of law.

6. No response is required.

7. Denied.

8. Denied.

9. Denied.

10. The debt sought to be paid was post-petition to the CH 13 filing.

11. The debt for which Holloway contacted the Debtors was incurred on February 2, 2020 after the CH 13 proceedings were initiated on March 4, 2019 and, thus, was post-petition and Holloway denies any willful violation as alleged. Holloway agrees that it sent a collection letter in March 2021 as alleged and later called on April 12, 2021 during which Lisa Jacoway said that she was in bankruptcy and Holloway ceased all collection. After that conversation it received the U.S. Mail notice of the CH 7 conversion.

12 & 13. Holloway denies any wilful violation of law.

14. Denied.

15. Denied.

16. Any willful violation is denied.

/s/ J. Knox Argo
                                        J. Knox Argo,
                                        Attorney for Holloway Credit
                                        Solutions, LLC

J. Knox Argo, P.C.
J. Knox Argo (ARG001)
6706 Taylor Circle
Montgomery, AL 36117
Phone: (334)279-0088
knox@jknoxargopc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day delivered an exact copy of the above document to the attorneys of record herein by filing such through efiling and service on such attorneys by such system on this the 5th day of July 2021.

                                        /s/ J. Knox Argo
                                        J. Knox Argo