# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE ANTHONY JACOWAY,
LISA JACOWAY

                                                                                    Bankruptcy Case Number
                                                                                           19-80658-CRJ-7

     Debtors,

ANTHONY JACOWAY,
LISA JACOWAY

     Plaintiffs,

                                                                                    Adversary Proceeding No.
v.                                                                           21-80063-CRJ

HIGHLANDS MEDICAL CENTER, and
HOLLOWAY CREDIT SOLUTIONS, LLC,

     Defendants.

## NOTICE OF PRO TANTO SETTLEMENT

     COMES NOW Plaintiffs Anthony and Lisa Jacoway by and through their undersigned counsel, and hereby informs the Court that a pro tanto settlement of the present matter has been reached as to all stay violation claims of Plaintiffs Anthony and Lisa Jacoway against Defendant Holloway Credit Solutions, LLC only.

     Plaintiff, therefore, requests that this honorable Court vacate all dates currently set on the calendar for the present matter as to Defendant Holloways Credit Solutions, LLC only and give the parties 60 days to file the necessary settlement and dismissal papers.

Respectfully submitted this the 4th day of August, 2021.

                                                  /s/ *John C. Larsen*
                                                John C. Larsen
                                                Attorney for the debtors/plaintiffs
                                                Anthony and Lisa Jacoway

OF COUNSEL:
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, Alabama 35811
(256) 859-3008
john@jlarsenlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the parties listed below electronically, or by depositing copies of this notice in the United States Mail, properly addressed and postage prepaid, and electronically on Judith Thompson, Chapter 7 Trustee, on this the 4th day of August, 2021.

J. Knox Argo
Attorney for Holloway Credit Solutions, LLC
6706 Taylor Circle
Montgomery, AL 36117
knox@jknoxargopc.com

Judith Thompson
Chapter 7 Trustee
P.O. Box 18966
Huntsville, AL 35804

/s/ *John C. Larsen*